STEPHEN O. *v.* COMMISSIONER OF CORRECTION
(AC 34198)

Lavine, Alvord and Schaller, Js.

Argued November 19—officially released December 17, 2013

Per Curiam. The appeal is dismissed.

STANFORD FRANCIS *v.* COMMISSIONER
OF CORRECTION
(AC 33511)

Bear, Sheldon and Harper, Js.

Argued November 20—officially released December 17, 2013

Per Curiam. The appeal is dismissed.

HERIBERTO MERCADO *v.* COMMISSIONER
OF CORRECTION
(AC 34976)

Lavine, Robinson and Peters, Js.

Argued November 21—officially released December 17, 2013

Per Curiam. The appeal is dismissed.